

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2024

No. 04-24-00023-CV

**IN THE INTEREST OF G.T.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022EM501625
Honorable Marisa Flores, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 3, 2024.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2024.

_Tommy Stolhandske_
Tommy Stolhandske, Clerk of Court